# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 09, 2014

Sharon Harris
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 13-10757-EE
Case Style: Agility Defense & Gov't Svcs, et al v. US Department of Defense, et al
District Court Docket No: 5:11-cv-04111-CLS

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 13-10757

_____

District Court Docket No.
5:11-cv-04111-CLS

AGILITY DEFENSE & GOVERNMENT SERVICES, INC.,
a Delaware corporation with its principal of business located
in Madison, Alabama,
f.k.a. Taos Industries, Inc.,
AGILITY INTERNATIONAL, INC.,
a Delaware corporation with its principal place of business
located in Alexandria, Virginia,

                                                      Plaintiffs - Appellees,

versus

U.S. DEPARTMENT OF DEFENSE,
SECRETARY, U.S. DEPARTMENT OF DEFENSE,
DEFENSE LOGISTICS AGENCY,
DIRECTOR OF THE DEFENSE LOGISTICS AGENCY,

                                                      Defendants - Appellants.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 31, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Mandate Issued:
April 09, 2014